150 E 37th St, Apt 5 G
New York, N.Y. 10016
(212) 679-3982
September 6, 2007

Chambers of United States District Court Judge
U.S. Courthouse
500 Pearl Street, Room 1030
New York, N.Y. 10007
Attn: Hon. John G. Koeltl, U.S.D.J.

Re: <u>Lau v. U.S. Search.Com. Inc.</u>
Docket No. 07 CV 3082 (JGK)

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

9/10/07

DOCUMENT ELECTRONICALLY FILED
DOC #:
DATE FILED:

Dear Honorable Sir:

    I am requesting on extension of time for 15 days to serve summons and complaint for addition to the 120 day legal time.

    This is a Diversity of Citizenship case filed in this Court. Defendant live in State of California.

    This original date that the complaint was filed was on April 17, 2007.

    This second time asking for extension of time and first was granted until September 17, 2007. Plaintiff only asks for 15 days because the process server company in California needs additional time to server on defendant. Plaintiff ask for October 2, 2007 because plaintiff's process server is not able to serve the before September 17, 2007 and respectfully ask a order be granted to serve 15 days on defendant or any other relief that see just and proper.

Thank You.

                                                  **Respectfully Submitted,**

*/s/ Gilbert Lau*

                                                  **Gilbert Lau**
                                                  **Plaintiff Pro Se**

CC: U.S. Search.Com Inc
Defendant