UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILBERT LAU,

            Pro Se Plaintiff,

-against-

U.S. SEARCH.COM INC.,

            Defendant.

Civil Action No. 07 CV 3082 (JGK)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that I, Stuart P. Slotnick of the firm Buchanan Ingersoll & Rooney PC, being admitted to practice in this Court, hereby enter an appearance in the above-captioned matter on behalf of the Defendant.

Dated: October 22, 2007

            BUCHANAN INGERSOLL & ROONEY PC

By: _____
Stuart P. Slotnick (SS1964)
One Chase Manhattan Plaza
New York, New York 10005
Tele. (212) 440-4400
*Attorneys for Defendant US Search.Com Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing NOTICE OF APPEARANCE was served this 22nd day of October, 2007 by United Parcel Service Overnight Delivery Mail on

Gilbert Lau, *pro se* plaintiff
150 E. 37th St., Apt. 5G
New York, NY 10016
(212) 679-3982

Stuart P. Slotnick