UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GILBERT LAU,

                Plaintiff(s),

   -against-

U.S. SEARCH.COM

                Defendant(s).
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2007

**ORDER**

07 civ 3082 (JGK)

A pretrial conference shall be held on **Monday, November 5, 2007 at 3:00pm.**

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTICT JUDGE

Dated: New York, New York
       October 22, 2007