UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GILBERT LAU,

          Plaintiff,

-against-

U.S. SEARCH.COM, INC.,

          Defendant.
------------------------------------------------------------X

07 CV 3082 (JGK)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

*Pro Se* Plaintiff Gilbert Lau, and Defendant U.S. Search.com, Inc., by its attorneys, Buchanan Ingersoll & Rooney PC, state as follows:

WHEREAS, on or about April 17, 2007, plaintiff Gilbert Lau commenced an action by filing a Summons and Complaint against defendant U.S. Search.com, Inc.; and,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned pro se plaintiff, Gilbert Lau, and counsel for defendant U.S. Search.com, Inc., that the claims against defendant U.S. Search.com, Inc. are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2)(ii).

Dated: New York, New York
       November 2, 2007

**GILBERT LAU, PRO SE PLAINTIFF**

_____
Gilbert Lau
150 East 37th Street, Apt. 5G
New York, NY 10016

US SEARCH.COM INC.

By: _____
BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005
*Attorneys for US SEARCH .COM INC.*

SO ORDERED/
_____
The Honorable John G. Koeltl
United States District Court Judge

11/5/07